# EXHIBIT 1



## Julie J. Armstrong
### Charleston County Clerk of Court

**Charleston County**
**Circuit Court Case Details**
**Public Index**

Charleston County Home Page     Clerk of Court Home Page     Magistrates Court     SC Judicial Home Page     Search Tips

Switch View

### Stefan Mrgan III , plaintiff, et al VS John Everette Whitley , defendant, et al

| Case Number: | 2023CP1001743 | Court Agency: | Common Pleas | Filed Date: | 04/10/2023 |
|---|---|---|---|---|---|
| Case Type: | Common Pleas | Case Sub Type: | Wrongful Death 360 | File Type: | Jury |
| Status: | Settled | Assigned Judge: | Clerk Of Court C P, G S, And Family Court | | |
| Disposition: | Withdrawn or Settled by Parties | Disposition Date: | 06/20/2025 | Disposition Judge: | Clerk Of Court C P, G S, And Family Court |
| Original Source Doc: | | Original Case #: | | | |
| Judgment Number: | | Court Roster: | | | |

Case Parties   Judgments   Tax Map Information   Associated Cases   Actions   Financials

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Williams, David Reynolds | 9/22/2025_MOTION_Roster/Notice of Motions Roster Publication | Action | | 08/26/2025-16:06 | | |
| Williams, Virginia Watson | 9/22/2025_MOTION_Roster/Notice of Motions Roster Publication | Action | | 08/26/2025-16:06 | | |
| Williams, Charlie H. III | 9/22/2025_MOTION_Roster/Notice of Motions Roster Publication | Action | | 08/26/2025-16:06 | | |
| Meehan, Jerry Andrew Jr. | 9/22/2025_MOTION_Roster/Notice of Motions Roster Publication | Action | | 08/26/2025-16:06 | | |
| Winokur, Jamie Lauren | 9/22/2025_MOTION_Roster/Notice of Motions Roster Publication | Action | | 08/26/2025-16:06 | | |
| Urbanic, Margaret Mary | 9/22/2025_MOTION_Roster/Notice of Motions Roster Publication | Action | | 08/26/2025-16:06 | | |
| Mrgan, Stefan III | Motion/Settlement Only, NO IMAGES | Motion | | 08/13/2025-16:21 | 09/25/2025-16:21 | |
| Mrgan, Stefan III | NEF(08-13-2025 03:33:24 PM) Petition/Filing Fee Required | Filing | | 08/13/2025-16:21 | | 📄 |
| Mrgan, Stefan III | Petition for Settlement | Filing | | 08/13/2025-15:33 | | 📄 |
| Mrgan, Stefan III | NEF(06-20-2025 12:10:35 PM) ADR/Proof of ADR | Filing | | 06/20/2025-12:10 | 06/20/2025-12:10 | 📄 |
| Mrgan, Stefan III | Proof of ADR/Fully Settled | Action | | 06/20/2025-12:10 | 06/20/2025-12:10 | 📄 |
| Winokur, Jamie Lauren | 6/21/2024_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/23/2024-12:05 | 06/20/2025-12:05 | |
| Meehan, Jerry Andrew Jr. | 6/21/2024_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/23/2024-12:05 | 06/20/2025-12:05 | |
| Williams, Charlie H. III | 6/21/2024_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/23/2024-12:05 | 06/20/2025-12:05 | |
| Williams, Virginia Watson | 6/21/2024_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/23/2024-12:05 | 06/20/2025-12:05 | |
| Williams, David Reynolds | 6/21/2024_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/23/2024-12:05 | 06/20/2025-12:05 | |
| Urbanic, Margaret Mary | 6/21/2024_MOTION_Roster/Notice of Motions Roster Publication | Action | | 05/23/2024-12:05 | 06/20/2025-12:05 | |
| Mrgan, Stefan III | ADR/Notice of ADR | Action | | 03/20/2024-12:02 | 06/20/2025-12:02 | 📄 |
| Whitley, John Everette | NEF(01-22-2024 10:35:30 AM) Motion/Compel | Filing | | 01/22/2024-10:38 | 06/20/2025-10:38 | 📄 |
| Whitley, John Everette | Motion/Compel | Motion | | 01/22/2024-10:35 | 05/31/2024-10:35 | 📄 |
| Mrgan, Stefan III | NEF(12-21-2023 12:02:22 PM) ADR/Notice of ADR | Filing | | 12/21/2023-12:02 | 06/20/2025-12:02 | 📄 |
| Mrgan, Alison Elizabeth | ADR/Alternative Dispute Resolution (Workflow) | Action | | 11/06/2023-16:59 | 03/20/2024-16:59 | |
| Coastal Firearms | NEF(06-19-2023 08:02:55 AM) Answer/Answer To Amended Com... | Filing | | 06/20/2023-13:24 | 06/20/2025-13:24 | 📄 |
| Coastal Firearms | Answer to Pls 3rd Amended Complaint & Service | Filing | | 06/19/2023-08:02 | 06/20/2025-08:02 | 📄 |
| Whitley, John Everette | NEF(06-16-2023 03:32:00 PM) Answer/Answer | Filing | | 06/16/2023-15:39 | 06/20/2025-15:39 | 📄 |
| Whitley, John Everette | Answer to Pls 3rd Amended Complaint & Service | Filing | | 06/16/2023-15:32 | 06/20/2025-15:32 | 📄 |
| Whitley, John Everette | Notice of Appearance Atty Urbanic & Winokur | Filing | | 06/16/2023-15:32 | 06/20/2025-15:32 | 📄 |
| Mrgan, Stefan III | NEF(05-18-2023 12:52:43 PM) Amended/Amended Summons And ... | Filing | | 05/18/2023-14:22 | 06/20/2025-14:22 | 📄 |
| Mrgan, Stefan III | 3rd Amended Summons & Complaint, Jury Trial Demanded | Filing | | 05/18/2023-12:52 | 06/20/2025-12:52 | 📄 |
| Mrgan, Stefan III | NEF(04-26-2023 03:46:44 PM) Service/Affidavit Of Service | Filing | | 04/26/2023-16:26 | 06/20/2025-16:26 | 📄 |
| Mrgan, Stefan III | NEF(04-26-2023 03:44:04 PM) Service/Affidavit Of Service | Filing | | 04/26/2023-16:20 | 06/20/2025-16:20 | 📄 |

| Mrgan, Stefan III | Service/Affidavit Of Service on Coastal Firearms | Filing | | 04/26/2023-15:46 | 06/20/2025-15:46 | 📄 |
|---|---|---|---|---|---|---|
| Mrgan, Stefan III | Service/Affidavit Of Service on John Everette Whitley | Filing | | 04/26/2023-15:44 | 06/20/2025-15:44 | 📄 |
| Mrgan, Stefan III | NEF(04-18-2023 05:18:03 PM) Amended/Amended Summons And ... | Filing | | 04/19/2023-08:37 | 06/20/2025-08:37 | 📄 |
| Mrgan, Stefan III | Amended Summons And Complaint, Jury Trial Demanded | Filing | | 04/18/2023-17:18 | 06/20/2025-17:18 | 📄 |
| Mrgan, Alison Elizabeth | Summons & Complaint | Filing | | 04/10/2023-16:59 | 06/20/2025-16:59 | 📄 |

CMSWeb 7.2 © 2024 South Carolina Judicial Branch • All rights reserved

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF CHARLESTON | ) | NINTH JUDICIAL CIRCUIT |
| | ) | |
| Stefan Mrgan, III, deceased, by and through his Personal Representative Alison Elizabeth Mrgan, Individually, | ) ) ) | CIVIL ACTION No.: 2024-CP-10-_____ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **SUMMONS** |
| vs. | ) | **(JURY TRIAL DEMANDED)** |
| | ) | |
| GLOCK Inc., Umarex USA Inc., J.W. Inc. d/b/a Coastal Firearms, and Jon Whitley | ) ) | |
| | ) | |
| Defendants. | | |

YOU ARE HEREBY SUMMONED and required to file an Answer to the Complaint in the Clerk of Court of the Common Pleas where this action is pending, and to serve a copy of your Answer to the said Complaint to Goings Law Firm, LLC, 1510 Calhoun Street, Columbia, South Carolina, 29201, within thirty (30) days after the service hereof, exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.  A copy of the Complaint is herewith served upon you.

*Signature Page to Follow*

Respectfully submitted,

Orangeburg, SC
November 2, 2024

_s/David R. Williams_____
David R. Williams, 77899
Virginia W. Williams, 77898
WILLIAMS & WILLIAMS
Post Office Box 1084
Orangeburg, S. C. 29116-1084
Phone: (803) 534-5218
david@williamsattys.com
ginny@williamsattys.com

Jerry Andrew Meehan, Jr., (JAM) 102077
Crantford Meehan, Attorneys at Law, LLC.
50 Folly Road
Charleston, SC 29407
Office: 843-376-4030
Fax: 843-900-6141
E-mail: jam@crantfordmeehan.com

ATTORNEYS FOR PLAINTIFFS

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

2

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537



|  |  |  |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| | ) | |
| COUNTY OF CHARLESTON | ) | NINTH JUDICIAL CIRCUIT |
| | ) | |
| Stefan Mrgan, III, deceased, by and through his Personal Representative Alison Elizabeth Mrgan, Individually, | ) ) ) | CIVIL ACTION No.: 2024-CP-10-_____ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **COMPLAINT** |
| vs. | ) | **(JURY TRIAL DEMANDED)** |
| | ) | |
| GLOCK Inc., Umarex USA Inc., J.W. Inc. d/b/a Coastal Firearms, and Jon Whitley | ) ) | |
| | ) | |
| Defendants. | | |

Plaintiff, the Estate of Stefan Mrgan II by and through his Personal Representative Alison Elizabeth Mrgan, complaining of Defendants GLOCK In., Umarex USA Inc., J.W. Inc. d/b/a Coastal Firearms, and Jon Whitley, would respectfully show unto this Honorable Court the following:

**PARTIES**

1.      Plaintiff, the Estate of Stefan Mrgan III by and through his Personal Representative Alison Elizabeth Mrgan, is probated in Charleston County, South Carolina, pursuant to 2021ES1002092.

2.      Defendant GLOCK Inc. is a corporation organized and existing under the laws of foreign jurisdiction with its principal place of business outside of the State of South Carolina. Defendant GLOCK Inc. designs, manufactures and distributes goods and products within the stream of commerce of the United States of America, including the State of South Carolina. Defendant GLOCK Inc. is registered to do business in the State of South Carolina.

3.      Defendant Umarex, Inc. is a corporation organized and existing under the laws of foreign jurisdiction with its principal place of business outside of the State of South Carolina (state

3

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

of Arkansas). Defendant Umarex, Inc. designs, manufactures and distributes goods and products within the stream of commerce of the United States of America, including the State of South Carolina. Defendant Umarex, Inc. is not registered to do business in the State of South Carolina.

4. Defendant, J.W., Inc., is a corporation that maintains its principal place of business in the County of Berkeley, South Carolina, and transacts business in the state of South Carolina. Further, J.W. Inc., conducts business as Coastal Firearms, that maintains its principal place of business in County of Berkeley, South Carolina, and transacts business in the state of South Carolina.

5. Defendant Jon Whitley is a citizen and resident of Charleston County, South Carolina. Defendant Whitley was the owner and operator of J.W. Inc. d/b/a Coastal Firearms.

### JURISDICTION & VENUE

6. This Court has personal jurisdiction over Defendants GLOCK and Umarex as this action involves the transaction of business in this State, the contracting to supply goods in this State, the causing of a tortious injury in this State, and the production, manufacture, or distribution of goods with the reasonable expectation that those goods would be used or consumed in this State.

7. Venue is proper in this Court as the defendant Jon Whitley is a citizen and resident of Charleston County.

### FACTS

8. On November 2, 2021, the Decedent Stefan Mrgan, III was lawfully and permissively at Coastal Firearms, located at 1161 Cainhoy Road, Wando, South Carolina. Defendant Jon Everette Whitley was also present.

9. At all times herein, Defendants J.W. Inc. and Whitley were aware that multiple firearms were kept in the gun shop, some of the weapons which were loaded.

4

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

10.     At approximately 5:23 p.m. on November 2, 2021, while in Coastal Firearms (gun shop belonging to Defendants Whitley and J.W. Inc.) Defendant Jon Everette Whitley picked up a gun he believed to be a replica, pointed it at Decedent, and pulled the trigger. The gun was not a replica but an actual, loaded gun. The shot was fired, hitting Decedent in the face. Decedent died shortly thereafter.

11.     The gun Defendant Whitley fired was a Glock 17 pistol, a gun designed, manufactured, and sold by Defendant Glock.

12.     Defendants J.W. Inc. and/or Whitley also owned and had in their possession a GUW019 Umarex Glock air pistol – a gun designed, manufactured, and sold by Defendant Umarex. This air pistol did not have an orange tip on the end.

13.     Upon information and belief, Defendant Whitley picked up what he believed to be the GUW019 Umarex air pistol and not the Glock 17 pistol. But for the mimicking nature of these guns, Defendant Whitley would not have fired the gun he did at Decedent and Decedent would not have been killed.

14.     Upon information and belief, this Umarex air pistol without the orange tip can be easily purchased from the stream of commerce, from such vendors as Cabela's and Amazon.com.

15.     Upon information and belief, Defendants Glock and Umarex knew or should have known that their mimicking products, one undoubtedly lethal, were available to the consumer, such as Defendant J.W. Inc. and/or Whitley, and easily indistinguishable. In fact, said Defendants negligently and recklessly made and promoted the two to be mimicking, knowingly placing them in the stream of commerce without the orange tip for the purpose of promoting the purchase of both guns.

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

16.     Defendants GLOCK and/or Umarex manufactured their guns as such for the profit and benefit of both Defendants GLOCK and Umarex.

17.     Defendants GLOCK and Umarex knowingly placed these mimicking guns into the stream of commerce without the orange tip for the purpose of profit and gain for themselves, despite the risks to the general public.

18.     Defendants GLOCK and Umarex failed to properly design, manufacture, test, warn, and/or inspect their guns. These failures led to indistinguishable features of the guns and thereafter improper application of both.

19.     Defendants GLOCK and Umarex sold and distributed these guns to Defendants J.W. Inc. and Jon Whitley.

20.     The guns were defective, due to their mimicking design and promotion, and then was sold to Defendants J.W. Inc. and Jon Whitley in that defective condition.

21.     Defendants GLOCK and Umarex failed to warn of the indistinguishable features of these guns and the foreseeable harm because of their extreme similarities.

22.     The injury occurred because of Defendants' failures, causing the guns to be unreasonably dangerous to Decedent.

## FIRST CAUSE OF ACTION
### (Strict Liability)

23.     Each and every allegation contained in this Complaint which is not inconsistent with the cause of action is hereby incorporated as if repeated verbatim herein.

24.     Defendants GLOCK, Umarex, and J.W. Inc. sold or placed into the stream of commerce the mimicking Glock 17 and GUW019 air pistol.

25.     These guns reached Defendants J.W. Inc. and/or Whitley, users and consumers, without substantial change in the condition in which the guns were made.

6

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

26.     The guns were sold to Defendants J.W. Inc. and/or Whitley in a defective, unfit, and unusually dangerous condition to users.

27.     Defendants GLOCK, Umarex, and J.W. Inc. are strictly liable for actual and punitive damages.

## SECOND CAUSE OF ACTION
### (Negligence / Gross Negligence / Recklessness)

28.     Each and every allegation contained in this Complaint which is not inconsistent with the cause of action is hereby incorporated as if repeated verbatim herein.

29.     Defendants GLOCK and Umarex owed a duty to exercise reasonable care in the design, development, manufacture, testing, furnishing, inspection, marketing and distribution of the Glock 17 and GUW019 air pistol to ensure that it was free of unreasonable risk of harm to users and others.

30.     Defendants GLOCK and Umarex negligently and recklessness designed, manufactured, assembled, serviced, inspected, tested or failed to test, marketed, distributed, and sold the Glock 17 and GUW019 air pistol.

31.     At the time of the incident, the Glock 17 and GUW019 air pistol, which was in substantially the same condition as when it left manufacturing and was sold and/or distributed to Defendants J.W. Inc. and/or Whitley, was being used in a manner that was foreseeable and intended.

32.     Defendants GLOCK and Umarex knew, or in the exercise of reasonable care, should have known, that the Glock 17 and GUW019 air pistol were unreasonably dangerous.

33.     Defendants GLOCK and Umarex were negligent in failing to properly design and utilize the orange tip to distinguish the guns from each other, a failure that occurred during the manufacturing of and on the product line of the guns.

7

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

34.     Defendants GLOCK and Umarex were negligent in failing to properly oversee the manufacturing process to ensure that it complied with proper standards for the sale of mimicking guns, a failure that occurred during the manufacturing of and on the product line of the guns as well as in the marketing of the same.

35.     Defendants GLOCK and Umarex were negligent in failing to warn of the foreseeable likelihood that their mimicking guns would be mistaken for each other under normal operation and use.

36.     Defendants GLOCK and Umarex were negligent in failing to design their guns so that they would be easily distinguishable for their intended use and purpose by end-users.

37.     But for the mimicking design, manufacture, and marketing of the Glock 17 and GUW019 air pistol, Decedent would not have been shot and killed.

38.     Defendants J.W. Inc. and Whitley were negligent in the application of the mimicking guns, allowing them to be in close proximity of each other and both be used for unintended purposes.

39.     The negligent acts and omissions of Defendants were the proximate cause of Decedent's passing and subsequent damages to his Estate.

40.     Plaintiff is entitled to an award of actual and punitive damages.

**THIRD CAUSE OF ACTION**
**(Breach of Warranties)**

41.     Each and every allegation contained in this Complaint which is not inconsistent with the cause of action is hereby incorporated as if repeated verbatim herein.

42.     By act, word and/or deed at the time of sale, Defendants GLOCK, Umarex, and J.W. Inc. made certain express warranties, implied warranties of merchantability, and implied

8

ELECTRONICALLY FILED - 2024 Nov 02 7:08 PM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

warranties of fitness for a particular purposes regarding the Glock 17 and GUW019 air pistol, which was part of the basis of the bargain and/or which arose by operation of law.

43.     Defendant Whitley rightfully and reasonably relied upon the express and implied warranties of these defendants.

44.     By reason of and in consequence of these defendants' breach of express and implied warranties, Decedent died and his estate incurred damages.

45.     Plaintiff is entitled to an award of actual and punitive damages.

WHEREFORE, Plaintiff prays this Honorable Court for judgment against Defendants, jointly and severally, for: (a) actual and consequential damages; (b) punitive damages; (c) pre-judgment interest; (d) costs and attorney's fees in instituting this action; and for such other and further legal and equitable relief as this Honorable Court may deem just and proper.

Respectfully submitted,

Orangeburg, SC
November 2, 2024

_s/David R. Williams_____
David R. Williams, 77899
Virginia W. Williams, 77898
WILLIAMS & WILLIAMS
Post Office Box 1084
Orangeburg, S. C.  29116-1084
Phone: (803) 534-5218
david@williamsattys.com
ginny@williamsattys.com

Jerry Andrew Meehan, Jr., (JAM) 102077
Crantford Meehan, Attorneys at Law, LLC.
50 Folly Road
Charleston, SC 29407
Office: 843-376-4030
Fax: 843-900-6141
E-mail: jam@crantfordmeehan.com

ATTORNEYS FOR PLAINTIFFS

9

# Certificate of Electronic Notification

| Recipients |
|---|
| **David Williams**   - Notification transmitted on 11-05-2024 11:44:15 AM. |
| **Virginia Williams**   - Notification transmitted on 11-05-2024 11:44:15 AM. |

ELECTRONICALLY FILED - 2024 Nov 05 11:44 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

ELECTRONICALLY FILED - 2024 Nov 05 11:44 AM - CHARLESTON - COMMON PLEAS - CASE#2024CP1005537

****** IMPORTANT NOTICE - READ THIS INFORMATION *****
NOTICE OF ELECTRONIC FILING [NEF]

–

**A filing has been submitted to the court RE:** 2024CP1005537

| | |
|---|---|
| **Official File Stamp:** | 11-05-2024 11:44:05 AM |
| **Court:** | CIRCUIT COURT |
| | Common Pleas |
| | Charleston |
| **Case Caption:** | Stefan Mrgan III , plaintiff, et al VS Glock Inc , defendant, et al |

**Event(s):**

Notice/Notice of Appearance            **Filed by or on behalf of:**

Jerry Andrew Meehan, Jr.

This notice was automatically generated by the Court's auto-notification system.

–

**The following people were served electronically:**

Virginia Watson Williams for Stefan Mrgan, III

David Reynolds Williams for Stefan Mrgan, III

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**

Alison Elizabeth Mrgan As Personal Representative

Umarex Usa Inc

Jw Inc

Jon Whitley

Coastal Firearms

Glock Inc

Alison Elizabeth Mrgan